**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

DANIEL QUINN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BND RENTALS d/b/a VANDALIA RENTAL,

Defendants.

Civil Action No. 3:26-cv-00244-TMR-CHG

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daniel Quinn hereby gives notice that his individual claims in this action against Defendant BND Rentals d/b/a Vandalia Rental are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: October 22, 2026

Respectfully submitted,

/s/ *James L. Simon*

James L. Simon (OH#0089483)
**SIMON LAW CO.**
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
T: (216) 816-8696
james@simonsayspay.com

***Attorneys for Plaintiff Daniel Quinn***

**CERTIFICATE OF SERVICE**

I, James L. Simon, hereby certify that on October 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ James L. Simon*
James L. Simon